**Anthony C. Nwaneri, Esq.**
BBC Law, LLP
90 Broad Street, Suite 1906
New York, New York 10004
(646) 856-0374
Anwaneri@bbclawfirm.com
*Attorneys for Defendants, The Cockpit USA, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDY SANCHEZ, on behalf of himself and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>            -against-<br><br>THE COCKPIT USA, LLC<br><br>            Defendants. | Case no: 1:23-cv-5903<br><br>**DEFENDANT, STAN'S BOOTERY, INC.'S**<br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant The Cockpit USA, LLC discloses it is a nongovernmental corporate party and there are no parent corporations or any other publicly-held corporations that own ten percent (10%) or more of the company.

The Cockpit USA, LLC reserves the right to amend this corporate disclosure statement pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure.

-1-

-2-

Dated:  New York, New York
          January 8, 2024

Respectfully etc.,
BBC LAW, LLP

*Anthony Nwaneri*

_____
Anthony C. Nwaneri, Esq.
Attorneys for Defendants
THE COCKPIT USA, LLC
90 Broad Street, Suite 1906
New York, New York 10004
(646) 856-0374