# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * **Fax**: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

March 29, 2024

**VIA ECF**

Honorable Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom: N324
Brooklyn, New York 11201

**Re:** **Sanchez v. The Cockpit USA, LLC - Case No. 1:23-cv-05903-NCM-JAM**

To the Honorable Magistrate Judge Joseph A. Marutollo,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated March 2, 2024. The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from March 29, 2024 to April 29, 2024. This is the first time this relief is being requested. An email was sent to the counsel for the Defendant but an away message indicates that the attorney is out of the office. Plaintiff does not believe the Defendant would object to this request.

The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*